No. 87–6002. BYRD *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–5997. HASKINS *v.* VIRGINIA. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE dissents and would grant certiorari to resolve conflicts among the Circuits. See *Kerr* v. *Finkbeiner*, 474 U. S. 929 (1985) (WHITE, J., dissenting from denial of certiorari).

No. 86–7164. MCDOWELL *v.* UNITED STATES, *ante*, p. 980;

No. 87–472. RICHARDSON ET AL. *v.* LANE ET AL., *ante*, p. 953;

No. 87–520. HANCICH *v.* GOPOIAN ET AL., *ante*, p. 964;

No. 87–5530. LAUDERDALE *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA, ET AL., *ante*, p. 956;

No. 87–5632. MINGLEDOLPH *v.* MCKEAN, CHAIRMAN OF THE POSTAL BOARD, ET AL., *ante*, p. 967;

No. 87–5634. WOOL *v.* RICHARDSON ET AL., *ante*, p. 960;

No. 87–5644. LUNZ *v.* HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL., *ante*, p. 958; and

No. 87–5721. BYNUM *v.* BUREAU OF PRISONS, *ante*, p. 979. Petitions for rehearing denied.

No. 85–429. EXXON CORP. *v.* UNITED STATES ET AL., 474 U. S. 1105. Motion for leave to file petition for rehearing denied.

JANUARY 25, 1988

No. 87–927. RICHARDSON ET AL. *v.* EDWARDS, GOVERNOR OF LOUISIANA, ET AL. Affirmed on appeal from D. C. M. D. La.

No. 87–661. NORTHWOOD NURSING & CONVALESCENT HOME, INC. *v.* CITY OF PHILADELPHIA BOARD OF REVISION OF TAXES.